MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC
f/k/a Green Tree Servicing LLC and Federal
National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DECATUR MOUNTAIN VILLAS HOMEOWNERS' ASSOCIATION and G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-00317<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS |

The matter is before the court on plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing LLC (**Ditech**) and Federal National Mortgage Association (**FNMA**)'s motion for order authorizing service of summons and complaint upon defendant G.J.L., Incorporated d/b/a Pro Forma Lien & Foreclosure Services (**Pro Forma**) by publication and order enlarging the time for service of process. Upon review of the pleadings, declarations, and evidence presented, it appears to the satisfaction of the court, and the court finds:

(1) Plaintiffs have a valid cause of action against defendant Pro Forma;

1

(2) Defendant Pro Forma is a necessary and proper party;

(3) NRCP 4(e) provides for publication of the summons and complaint under the circumstances;

(4) The Nevada Legal News is a newspaper of general circulation published in Clark County, State of Nevada;

(5) Plaintiffs have diligently attempted to serve defendant Pro Forma within the State of Nevada;

(6) There is good cause to extend the time for service of the summons and complaint upon defendant Pro Forma for an additional sixty (60) days.

IT IS HEREBY ORDERED that the summons and complaint in this suit be served on defendant Pro Forma herein by publication thereof in the above-named newspaper and that the publication be made for a period of four (4) weeks and at least once per week;

IT IS FURTHER ORDERED that the time for service of the summons and complaint upon defendant Pro Forma is extended for an additional sixty (60) days from the date of this order.

DATED: June 12, 2017

_____
UNITED STATES MAGISTRATE JUDGE