1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   KAREN KAO, ESQ.
3  Nevada Bar No. 14386
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500
5  (702) 382-1512 - fax
   bebert@lipsonneilson.com
6  kkao@lipsonneilson.com

7  *Attorneys for Defendant, Decatur Mountain Villas Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC: FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>DECATUR MOUNTAIN VILLAS HOMEOWNERS' ASSOCIATION, and G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES,<br><br>Defendants. | CASE NO.: 2:17-cv-00317-JCM-PAL<br><br>**JOINT STATUS REPORT ON SETTLEMENT** |

Defendant, DECATUR MOUNTAIN VILLAS HOMEOWNERS' ASSOCIATION ("HOA"), by and through its counsel of record at the law firm of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., and Plaintiff DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC: FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter "Plaintiff") of AKERMAN LLP hereby submit this status report on settlement.

/ / /

/ / /

/ / /

/ / /

1    The parties have exchanged drafts of the settlement agreement and are working diligently towards finalizing the same. Finalizing and obtaining the appropriate signatures have acquired more time than originally required. The parties request an additional thirty (30) days to complete and finalize the settlement and file dismissal pleadings. The parties further represent to the court that they anticipate the settlement issues to be fully resolved shortly.

DATED: December 11, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/S/ KAREN KAO*
By: _____
J. WILLIAM EBERT, ESQ. (NV Bar No. 2697)
KAREN KAO, ESQ. (NV Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Decatur Mountain Villas Homeowners' Association*

AKERMAN, LLP

*/s/ VATANA LAY*
By: _____
MELANIE MORGAN, ESQ. (NV Bar No. 8215)
VATANA LAY, ESQ. (NV. Bar No. 12993)
1635 Village Center Circle, Suite 200
Las Vegas NV 89134

*Attorneys for Plaintiff*

**IT IS ORDERED** that the parties shall have until **January 10, 2018** to file their stipulation to dismiss with prejudice or, conversely, to file a joint status report indicating when the stipulation will be filed. If neither document is filed, the court will enter a discovery plan and scheduling order.

Dated: December 15, 2017

Peggy A. Leen
United States Magistrate Judge