1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 VATANA LAY, ESQ.
Nevada Bar No. 12993
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: vatana.lay@akerman.com

7 *Attorneys for Plaintiffs Ditech Financial LLC*
*f/k/a Green Tree Servicing LLC and Federal*
8 *National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DECATUR MOUNTAIN VILLAS HOMEOWNERS' ASSOCIATION and G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-00317-JCM-PAL<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing LLC (**Ditech**) and Federal National Mortgage Association (**Fannie Mae**) and defendant Decatur Mountain Villas Homeowners Association (**Decatur**), through their counsel of record, being the only parties to have appeared in this action, stipulate as follows:

1. This matter relates to real property located 4863 Marco Polo Street, North Las Vegas, Nevada, 89031, APN 124-31-415-035 (the **Property**). The Property is more specifically described as:

/ /

/ /

APN 124-31-415-035         1
42614046;2

**Parcel One (1):**

An Undivided 1/50th Interest (Except Association Property) in The Common Elements, sometimes common areas, within Phase I of Decatur Mountain Villas (A Condominium Development and Common Interest Community, as shown by map thereof on file in Book 107 of Plats, Page 59, In the Office of The County Recorder of Clark County, Nevada.

Excepting therefrom all living units and Association property in Phase I of Decatur Mountain Villas (A Condominium Development and Common Interest Community.

And Reserving Therefrom The Right to Possession of all those areas designated as Limited Common Elements, Sometimes Exclusive use areas, within the Common Elements, as shown on The Condominium Plat Referred to Above.

And Further Reserving for the Benefit of The Owners of Condominiums in Subsequent phases, a non-exclusive easement on, over, and across the Private Drives and Recreational Areas as defined and shown upon the plat referred to above for ingress, egress, and Recreational Use, subject to the Declaration of Covenants, Conditions and Restrictions for Decatur Mountain Villas Homeowners Association Recorded April 2.2, 2003 in Book 20030422 as Document No. 01346 and Amended and Restated Declaration of Covenants, Conditions and Restrictions for Decatur Mountain Villas, Recorded July 17, 2003 in Book 20030717 as Document No. 00855 of Official Records, To which Reference is hereafter Made.

**Parcel Two (2):**

Living Unit A in Building Eighteen (18) of Decatur Mountain Villas (A Condominium Development and Common Interest Community, as shown by map thereof referred to above.

**Parcel Three (3):**

The Exclusive right to use, possession and occupancy of those portions of the Limited Common Elements, sometimes exclusive use areas, within the common elements, described upon plat and referred to in Section 9.6 (b) of The Declaration, which are appurtenant to and for the exclusive use of Parcel I and II.

**Parcel Four (4):**

A Non-exclusive easement for ingress, egress and recreational use on and over the Private Drives and Recreational Areas of Horizon Hills, as shown by The Map referred to above, and future units, which easement is appurtenant to Parcels One (I), Two (II) and Three (III) described above.

APN 124-31-415-035

42614046;2

2

2. Ditech, as servicer for Fannie Mae, is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on August 28, 2006, as Document Number 20060828-0002733, in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3. On December 10, 2012, Decatur recorded a Foreclosure Deed as Document Number 201212100003837 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Decatur purchased the Property at its foreclosure sale of the Property conducted on November 15, 2012 (the **HOA Sale**). Decatur has not transferred its interest in the Property and is still the title holder of record.

4. On February 1, 2017, Ditech and Fannie Mae initiated a quiet title action against Decatur in the United States District Court, District of Nevada, Case No. 2:17-cv-00317-JCM-PAL (the **Quiet Title Action**).

5. Fannie Mae, Ditech, and Decatur have entered a confidential settlement agreement in which they have settled all claims between them in this case. This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

6. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Decatur's interest in the Property is subject to the Deed of Trust.

| | |
|---|---|
| Dated: January 5th, 2018. | Dated: January 4th, 2018. |
| AKERMAN LLP | LIPSON NEILSON COLE SELTZER & GARIN, P.C. |
| */s/ Vatana Lay* | */s/ Karen Kao* |
| Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Vatana Lay, Esq.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone:  (702) 634-5000<br>Facsimile:   (702) 380-8572<br>melanie.morgan@akerman.com<br>vatana.lay@akerman.com<br>*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association* | Karen Kao, Esq.<br>Nevada Bar No. 14386<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>Telephone:  (702) 382-1500<br>Facsimile:   (702) 382-1512<br>kkao@lipsonneilson.com<br>*Attorney for Decatur Mountain Villas Homeowners Association* |

APN 124-31-415-035

42614046;2

3

**ORDER**

Based on the above stipulation between plaintiffs Ditech Financial LLC (**Ditech**) Federal National Mortgage Association (**Fannie Mae**) and defendant Decatur Mountain Villas Homeowners Association (**Decatur**), the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 4863 Marco Polo Street, North Las Vegas, Nevada, 89031, APN 124-31-415-035 (the **Property**) on August 28, 2006, as Document Number 20060826-0002733, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Decatur on November 15, 2012 or the recording of the HOA Foreclosure Deed in the Official Records of Clark County, Nevada, on December 10, 2012, as Document Number 201212100003837, reflecting that Decatur purchased the Property at the foreclosure sale. Decatur's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Plaintiffs shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED January 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

/ /
/ /
/ /
/ /
/ /
/ /
/ /

APN 124-31-415-035          4
42614046;2

Respectfully submitted by:

AKERMAN LLP

 /s/ Vatana Lay
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Vatana Lay, Esq.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
melanie.morgan@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

APN 124-31-415-035
42614046;2

5